UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIAA-CREF INDIVIDUAL &, INSTITUTIONAL SERVICES, LLC, | : : : | |
| Plaintiff, | : : | Case No.: 4:20-cv-00917 |
| v. | : : | |
| DAVID AHLQUIST, | : : | |
| Defendant. | : | |

**[~~ALTERNATIVE PROPOSED~~] ORDER GRANTING ~~DEFENDANT'S MOTION FOR RECONSIDERATION ON THE~~ ORDER GRANTING EXPEDITED DISCOVERY ~~OR, IN THE ALTERNATIVE, MOTION FOR EXPEDITED DISCOVERY ON BEHALF OF DEFENDANT~~**

AND NOW, this _____ day of _____, 2020, ~~upon consideration of the moving and responding papers, all supporting evidence, and arguments of counsel,~~ the Court hereby orders as follows:

1. Defendant's, David Ahlquist, Motion for ~~Reconsideration on the~~ Order Granting Expedited Discovery is GRANTED, ~~in part.~~ as follows:

2. Defendant, David Ahlquist, is granted leave to conduct expedited discovery;

3. Within 48 hours of the service of this Order on TIAA, TIAA shall identify the individual affiliated with TIAA who is most knowledgeable on:

    a. Mr. Ahlquist's employment at TIAA; development of his client base; and resignation from TIAA;

    b. The reassignment of the clients that Mr. Ahlquist serviced at TIAA to other TIAA financial advisors following Mr. Ahlquist's resignation;

    c. Mr. Ahlquist's execution of the Confidentiality and Non-Solicitation Agreement ("Agreement");

d. The facts supporting TIAA's claims for Breach of Contract and Misappropriation of Trade Secrets, asserted as Count I and Count II of the Complaint (Docket No. 1);

   e. The facts relating to TIAA's alleged irreparable harm; and

   f. Paragraph 2(a)-(e) of the Agreement.

4. The individual identified by TIAA in response to subparagraph (3) shall make himself or herself available to be deposed by no later than August 17, 2020;

5. Mr. Ahlquist shall also have the right to depose Mr. Michael Lyons of TIAA. Mr. Lyons shall make himself available to be deposed no later than August 17, 2020;

6. In advance of the depositions referred to above, Defendant, David Ahlquist, shall have the right to serve 10 requests for documents and 5 interrogatories on TIAA to be answered within seven (7) days of service.

7. ~~The Court further orders:~~

_____

_____

_____

_____

_____

_____

**IT IS SO ORDERED.**

DATED: July 16, 2020          By: /s/ Vanessa D. Gilmore

Hon. Vanessa D. Gilmore
United States District Judge
Southern District of Texas